EAST BATON ROUGE PARISH C-711513
Filed Sep 22, 2021 10:56 AM
Deputy Clerk of Court
FAX Received Sep 20, 2021

# Law Office of Maurice Hall

23515 Railroad Avenue ■ Plaquemine, LA ■ 70764
Telephone: 225-687-6873 ■ Facsimile: 225-687-6863
*"A Lawyer for the People"*

---

September 20, 2021

**VIA FACSIMILE AND HAND DELIVERY**
(225) 389-3392
Honorable Doug Welborn
East Baton Rouge Parish Clerk of Court
Attn: Civil Processing/ New Suits
300 North Blvd.
Baton Rouge, LA 70801

Re:   Jarian Hall vs. Arturo Cruz, Hub Group Trucking and Arthur J. Gallagher Insurance Company
19th Judicial District Court – Parish of East Baton Rouge – State of Louisiana

Dear Sir or Madam:

With reference to the above captioned matter, please find attached a Petition for Damages to be filed in East Baton Rouge Parish suit record via fax filing. Once processing of this Petition has been completed, please contact our office with the appropriate filing costs so we can forward same to your office.

If you should have any questions or concerns, please do not hesitate to contact me.

Respectfully,

*Law Office of Maurice Hall*

*Maurice Hall*

Attorney Maurice D. Hall

:cmg
Enclosure

**EXHIBIT "1"**



Certified True and Correct Copy
CertID: 2021102500229
Doug Welborn
East Baton Rouge Parish
Clerk of Court
Generated Date:
10/25/2021 10:09 AM
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

From: Case 3:21-cv-00611-JWD-RLB   Document 1-2   09/20/2021 16:04   #191 P.001/001  10/25/21 Page 2 of 6




# Doug Welborn
### Clerk of Court
### 19th Judicial District
### Parish of East Baton Rouge

P.O. Box 1991
Baton Rouge, La 70821-1991
Telephone: (225) 389-3982
Fax: (225) 389-3392
www.ebrclerkofcourt.org

## FAX RECEIPT

**FROM:** SUIT ACCOUNTING DEPARTMENT          **Date:** SEPTEMBER 20, 2021

**FAX NUMBER:** (225) 389-3392                **Suit No.:** C-711513

**To:** MAURICE D. HALL                       **Section:** 23

**JARIAN HALL VS ARTURO CRUZ, ET AL**

**Total Amount Due (Includes all applicable fees below) $712.00**

| | |
|---|---|
| 901-COVER LETTER | 1 PAGE |
| 1002-PET- DAMAGES -CIV | 4 PAGES |

The Clerk's office received the above mentioned documents by facsimile transmission dated 9/20/21, document(s) in the above referenced case. In accordance with R.S. 13:850(B), within seven days, exclusive of legal holidays, the party filing the document shall forward to the clerk, the original signed document, applicable filing fees and a transmission fee. The fax transmission fee is also required of forma pauperis filings and filings by state/political subdivisions.

Applicable fees are established in accordance with law as follows:
13:850(B)(3) A transmission fee of five dollars
13:841(A)(2)(a) First page of each pleading, six dollars
13:841(A)(2)(b) Each subsequent page, four dollars
13:841(A)(2)(c) Paper-exhibits, attachments, transcripts and depositions-per page, two dollars
13:841(A)(4)(b) Issuing document without notice of service, fifteen dollars (Receipt generation fee)

**NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT UNTIL ALL FEES ARE RECEIVED IN THIS OFFICE.**

**SERVICE/SUBPOENA REQUESTS WILL NOT BE ISSUED FROM FAX FILING. SERVICE WILL BE ISSUED AS A RESULT OF THE FILING OF THE ORIGINAL DOCUMENT(S).**

**IF MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED. IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.**

*Ayaunna Collins*

*Deputy Clerk of Court for
Doug Welborn, Clerk of Court*

Suit Accounting Dept. Form #6 Rev. 08/26/14

**Certified True and Correct Copy**
CertID: 2021102500229

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
10/25/2021 10:09 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

| | | |
|---|---|---|
| **JARIAN HALL** | SUIT NO: | DIVISION: |
| **VERSUS** | 19TH JUDICIAL DISTRICT COURT | |
| **ARTURO CRUZ, HUB GROUP TRUCKING AND ARTHUR J GALLAGHER INSURANCE COMPANY** | PARISH OF EAST BATON ROUGE STATE OF LOUISIANA | |

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes JARIAN HALL, a resident and domiciliary of Iberville Parish, State of Louisiana, who respectfully represents that:

**1.**

**MADE DEFENDANTS HEREIN ARE:**

1. **ARTURO CRUZ,** a resident of the lawful age of majority of the County of Dallas, State of Texas, who may be served at 720 Delaware St. Irving, Texas 75060;

2. **HUB GROUP TRUCKING** a foreign corporation authorized to do and doing business in the State of Louisiana, which may be served through its agent for service of process, 2000 Clearwater Drive Oak Brook, Illinois 60523; and

3. **ARTHUR J. GALLAGHER INSURANCE,** a foreign corporation authorized to do and doing business in the State of Louisiana, which may be served through its agent for service of process, at 2900 Golf Rd, Rolling Meadows, Illinois, 60008.

**2.**

Defendants are indebted unto petitioner for an offense or quasi offense occurring on or about September 21, 2020, in the East Baton Rouge, State of Louisiana.

**3.**

On or about September 21, 2020, plaintiff, JARIAN HALL, was operating his 2004 Toyota Corolla, and was headed westbound in the far right lane of travel on Louisiana Interstate I-10, the Mississippi River Bridge, when suddenly and without warning defendant, ARTURO CRUZ, operating a 2007 Kenworth Semi leased to Hub Group Trucking, attempting to move from behind a stalled semi truck, began to merge from the center lane of travel into the same lane that the plaintiff had already began to proceed westbound in, causing a violent collision.

**4.**

As a result of the negligence of defendant, ARTURO CRUZ, plaintiff, JARIAN HALL, sustained severe injuries.

**5.**



Certified True and Correct Copy
CertID: 2021102500230
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
10/25/2021 10:11 AM

Plaintiff alleges upon information and belief that the accident described above was caused by the negligence, fault, omissions and/or intentional acts of the defendant, ARTURO CRUZ, in the following non-exclusive particulars:

A. Driving in a dangerous and inattentive manner;

B. Failure to keep a proper look out and see what should have been seen or seeing and failing to heed;

C. Failure to maintain order and control;

D. Generally failing to take measures, which could or should have been taken, to ensure the safety of others;

E. Failing to exercise due care, caution, and skill in operating her motor vehicle;

F. Failure to act reasonably under the circumstances;

G. Failure to protect the public from unreasonable risks of harm; and

H. Any and all negligence, fault, and/or intentional acts which are to be shown at the trial of this matter.

**6.**

As a result of the accident described herein, plaintiff, JARIAN HALL, sustained the following non-exclusive damages:

A. Past, present and future physical pain and suffering;

B. Past, present and future mental anguish and suffering;

C. Past, present and future medical expenses;

D. Past, present and future lost wages;

E. Past, present and future loss of earning capacity;

F. Past, present and future loss of enjoyment of life;

G. Past, present and future disfigurement and impairment;

H. Disability; and

I. Other damages which will be proven at trial.

**7.**

ARTURO CRUZ was an employee of HUB GROUP TRUCKING, and/or had permission to drive the HUB GROUP TRUCKING vehicle at the time of the accident. Plaintiff further alleges that at the time of the accident described herein, ARTURO CRUZ was in the

Certified True and Correct Copy
CertID: 2021102500230
Doug Welborn
East Baton Rouge Parish
Clerk of Court
Generated Date:
10/25/2021 10:11 AM
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

course and scope of his employment with HUB GROUP TRUCKIMG, who is therefore vicariously liable for the negligence of its employee, ARTURO CRUZ.

8.

Petitioner alleges, upon information and belief, that the defendant, ARTHUR J. GALLAGHER, insured defendant, HUB GROUP TRUCKING and/or the vehicle driven by ARTURO CRUZ, at all times relevant hereto, for the negligence and fault of ARTURO CRUZ and/or otherwise provided coverage for the damages sustained by plaintiff, JARIAN HALL, as alleged herein and/or may be proven at trial.

9.

As a result of this accident, the petitioner, JARIAN HALL, has suffered severe injuries to various parts of his body, including but not limited to his lower back and other unknown and grievous injuries to the body, all causing him severe pain and suffering.

**WHEREFORE,** your petitioner prays that a copy of this petition, along with a reasonably fit and proper citation be served upon the defendants, that the defendants be caused either to answer or otherwise plead within the delays, and that there be judgment in favor of your petitioner and against the defendants for all outstanding damages with legal interest from the date of judicial demand and all costs of these proceedings.

Respectfully submitted,

_____
*Law Office of Maurice D. Hall*
Maurice D. Hall (Bar Roll #: 29894)
23515 Railroad Avenue
Plaquemine, Louisiana 70764
Telephone: (225) 687-6873
Facsimile: (225) 687-6863
*Attorney for Plaintiff, Jarian Hall*

**<u>SERVICE INFORMATION ON NEXT PAGE</u>**

**Certified True and Correct Copy**
CertID: 2021102500230

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
10/25/2021 10:11 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**SERVICE INFORMATION:**

*Please serve via Long Arm Service*

**ARTURO CRUZ**
720 Delaware St.
Irving, Texas 75060

**HUB GROUP TRUCKING**
2000 Clearwater Drive
Oak Brook, Illinois 60523

**ARTHUR J. GALLAGHER INSURANCE**
2900 Golf Rd,
Rolling Meadows, Illinois, 60008

**Certified True and Correct Copy**
CertID: 2021102500230
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
10/25/2021 10:11 AM